UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LEZETH GALVAN,**

   Plaintiff,

v.                                                               No. 4:23-CV-00025-P

**WESTLAKE SERVICES, LLC,**

   Defendant.

# ORDER

   Before the Court is Defendant's Response to Show Cause and Counter-Motion to Dismiss for Want of Prosecution ("Motion"). ECF No. 20. The Motion explains that Plaintiff ceased all communications with prior counsel, refused to correspond regarding the parties' scheduled mediation, and has failed to respond to Defendant's counsel's attempts to communicate. *Id.* By all accounts, it appears Plaintiff no longer wishes to prosecute the above-styled action. Federal Rule of Civil Procedure 41(b) authorizes the Court to dismiss a claim for want of prosecution. This can be done *sua sponte*, as "[t]his authority flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962)). Having considered the Motion and the absence of any filings or correspondence from Plaintiff in months, the Court **GRANTS** the Motion and **DISMISSES** this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

   **SO ORDERED** on this **31st day of August 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE