UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LEZETH GALVAN,**

   Plaintiff,

v.                                        No. 4:23-CV-00025-P

**WESTLAKE SERVICES, LLC,**

   Defendant.

## FINAL JUDGMENT

In accordance with the Order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **31st day of August, 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE